KENNADAY, LEAVITT & DAPONDE PC
TROY R. SZABO (SBN 219387)
tszabo@kldlawgroup.com
DAVID P. MCDONOUGH (SBN 250251)
dmcdonough@kldlawgroup.com
500 Capitol Mall, Suite 2260
Sacramento, California  95814
Telephone:     (916) 431-7754
Facsimile:     (916) 431-7756

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:14-cv-01518-PSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO PARTICIPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE PURSUANT TO LOCAL RULE 16-10**<br><br>Magistrate: Hon. Judge Paul S. Grewal<br><br>Case Management Conference (Special Set)<br>Date:  May 9, 2014<br>Time:  10:00 a.m.<br>Room: 5, 4th Floor |

Having considered Defendant Aetna Life Insurance Company's ("Defendant"), counsel's Request to Participate in the Initial Case Management Conference ("CMC") by Telephone,

IT IS HEREBY ORDERED that Defendant's counsel, David P. McDonough is permitted to appear at the CMC scheduled on May 9, 2014, in Courtroom 5, at 10:00 a.m. by telephone.

**IT IS SO ORDERED.**

DATED: 5/2/2014

_____
HON. PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE