UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 14-cv-01518-SK<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On March 12, 2016, the parties filed a notice of settlement and advised the Court that they anticipated completing the terms of settlement within 90 days.  It has now been over 90 days and yet to date, the parties have not filed a stipulation of dismissal.  Therefore, the Court hereby Orders the appearance of the parties at a Case Management Conference on July 27, 2016, at 1:30 P.M. in Courtroom A, 15th Floor of the Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  If the parties file a stipulation of dismissal prior to the date of the conference, the Court will vacate this Order.

The parties shall appear in person or through lead counsel and shall be prepared to discuss all items referred to in Fed. R. Civ. P. 16(c) and Civil L. R. 16-10.  The parties shall file a joint case management statement no later than seven (7) days before the date of the conference.  If any party is proceeding without counsel, separate statements may be filed by each party.

**IT IS SO ORDERED.**

Dated: June 20, 2016



SALLIE KIM
United States Magistrate Judge