UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>  Plaintiff,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 14-cv-01518-SK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket No. 61 |
|---|---|

In their Joint Case Management Statement (Dkt. 61), the parties stipulated to a 90-day continuance of case management conference in the above-referenced action on the grounds that the parties have executed a written settlement agreement which requires additional time for reprocessing of related-claims. The parties seek an additional 90 days from the scheduled date of July 27, 2016 to resolve the remaining claims. In light of the foregoing, the Court finds good cause and hereby GRANTS the request for continuance. The case management conference is continued to October 26, 2016 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: July 20, 2016

_____

SALLIE KIM
United States Magistrate Judge