ELIZABETH R. LEITZINGER (Bar No. 259677)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA  93942-0791
Telephone:    831-373-1241
Facsimile:    831-373-7219
Email: ELeitzinger@FentonKeller.com

Attorneys for Plaintiff
COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 5:14-cv-01518-SK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  March 6, 2014 |

**TO HONORABLE MAGISTRATE JUDGE SALLIE KIM:**

　　　　IT IS HEREBY STIPULATED by and between Plaintiff COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA and Defendant AETNA LIFE INSURANCE COMPANY through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

/ / /

/ / /

/ / /

/ / /

{00603649.DOCX;}

-1-

STIPULATION FOR DISMISSAL WITH PREJUDICE – CASE NO. 5:14-CV-01518-SK

Each party agrees to bear its own attorney's fees and costs incurred to date.

IT IS SO STIPULATED:

DATED: October 19, 2016                    FENTON & KELLER

By: _____/s/ ELIZABETH R. LEITZINGER_____
ELIZABETH R. LEITZINGER
Attorneys for Plaintiff
COMMUNITY HOSPITAL OF THE
MONTEREY PENINSULA

DATED: October 19, 2016                    DAPONDE SZABO ROWE

By: _____/s/ TROY R. SZABO_____
TROY R. SZABO
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY

**ORDER**

UPON GOOD CAUSE BEING SHOWN as set forth in this Stipulation of counsel for Plaintiff COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA and counsel for Defendant AETNA LIFE INSURANCE COMPANY, the Court adopts the Stipulation as an Order of the Court.

IT IS SO ORDERED.

DATED: October 20, 2016                    _____
UNITED STATES MAGISTRATE JUDGE
HONORABLE SALLIE KIM